DAVID E. MASTAGNI, ESQ. (SBN 204244)
davidm@mastagni.com
TAYLOR DAVIES-MAHAFFEY, ESQ. (SBN 327673)
tdavies-mahaffey@mastagni.com
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811-3151
Telephone:   (916) 446-4692
Facsimile:   (916) 447-4614

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOYLE, BRIAN DUFFY, JASON ELIZONDO, MARK FLEMING, CASEY LEWIS, KYLE NEWTON, JOE ROSA, RAYMOND RUSSELL, DEREK STEIDLEY, AND DAVID VASQUEZ, on behalf of themselves and all similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF TULARE,<br><br>　　　　Defendant. | Case No. 1:24-cv-00936-JLT-SKO<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER DISCOVERY AND MOTION DEADLINES; ORDER**<br><br>(Doc. 15) |

- 1 -
STIPULATION TO EXTEND SCHEDULING ORDER DISCOVERY AND MOTION DEADLINES; ORDER

**TO THE HONORABLE COURT**:

Plaintiffs RICHARD DOYLE, BRIAN DUFFY, JASON ELIZONDO, MARK FLEMING, CASEY LEWIS, KYLE NEWTON, JOE ROSA, RAYMOND RUSSELL, DEREK STEIDLEY, AND DAVID VASQUEZ and Defendant COUNTY OF TULARE (collectively, the "Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery and motion deadlines by approximately two months. Good cause exists for such an extension.

WHEREAS the Court issued its Scheduling Order on November 19, 2024 (ECF No. 10);

WHEREAS the Non-Expert Discovery in this case is ordered to be completed no later than September 26, 2025;

WHEREAS the Parties continue to meet and confer cooperatively on discovery matters;

WHEREAS the Parties are engaged in productive settlement negotiations.

## **STIPULATION**

By this Stipulation, the Parties agree to the following:

1. The Parties agree to extend the Discovery and Motion deadlines as follows:

**Discovery Deadlines**
    Non-Expert Discovery: November 21, 2025
    Expert Disclosures: December 3, 2025
    Rebuttal Expert Disclosures: January 5, 2026
    Expert Discovery: February 3, 2026

**Non-Dispositive Motion Deadlines**
    Filing: March 4, 2026
    Hearing: April 8, 2026

**Dispositive Motion Deadlines**
    Filing: March 11, 2026
    Hearing: April 15, 2026

2. No Party will suffer prejudice as a result of this extension.

///

///

///

3. The Parties jointly respectfully request that the Court enter the [Proposed] Order granting the terms of this Stipulation.

**IT IS SO STIPULATED.**

DATED: September 12, 2025     **MASTAGNI HOLSTEDT, A.P.C.**

　　/s/ David E. Mastagni
DAVID E. MASTAGNI, ESQ.
TAYLOR DAVIES-MAHAFFEY, ESQ.
Attorneys for Plaintiffs

DATED: September 12, 2025     **LIEBERT CASSIDY WHITMORE**

　　/s/ Danny Y. Yoo
DANNY Y. YOO, ESQ.
NICOLE POWELL, ESQ.
Attorney for Defendant

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the authorization from the signatories to this e-filed document and have been authorized to indicate their consent by a conformed signature (/s/) within this e-filed document.

　　/s/ David E. Mastagni
DAVID E. MASTAGNI

# ORDER

The parties' joint stipulation to amend the scheduling order seeks an extension of the case schedule to allow additional time for the parties to meet and confer regarding ongoing discovery matters and to engage in settlement negotiations. (Doc. 15.)

In light of the parties' representations, the Court finds good cause to **ORDER** that the following dates set forth in the November 19, 2024 Scheduling Order, (Doc. 10), be **CONTINUED** as follows[1]:

| Event | Current Dates | Continued Dates |
| --- | --- | --- |
| Non-Expert Discovery Close | September 26, 2025 | November 21, 2025 |
| Expert Disclosures | October 3, 2025 | December 3, 2025 |
| Rebuttal Expert Disclosures | November 3, 2025 | January 5, 2026 |
| Expert Discovery Close | December 3, 2025 | February 3, 2026 |
| Non-Dispositive Motion Filing Deadline | January 7, 2026 | March 4, 2026 |
| Non-Dispositive Motions Hearing Date | February 11, 2026 | April 8, 2026 |
| Dispositive Motion Filing Deadline | January 14, 2026 | March 11, 2026 |
| Dispositive Motion Hearing Date | February 18, 2026 | April 15, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | April 15, 2026 | June 10, 2026 |
| Pre-Trial Conference | May 18, 2026 | July 13, 2026 |
| Trial | July 14, 2026 | September 8, 2026 |

IT IS SO ORDERED.

Dated:  **September 12, 2025**                     /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties did not request an enlargement of the pretrial and trial dates, an enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.