UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOYLE, BRIAN DUFFY, JASON ELIZONDO, MARK FLEMING, CASEY LEWIS, KYLE NEWTON, JOE ROSA, RAYMOND RUSSELL, DEREK STEIDLEY, AND DAVID VASQUEZ, on behalf of themselves and all similarly situated individuals,<br><br>              Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE,<br><br>              Defendant. | Case No.:  1:24-CV-00936-JLT-SKO<br><br>Complaint Filed: August 19, 2024<br><br>**Order Granting Extension of all Pre-Trial Deadlines**<br><br>**(Doc. 18)**<br><br>Trial Date:                  September 9, 2026<br>Final Pretrial Conf.:    July 13, 2026 |

The parties' second joint stipulation to amend the scheduling order seeks an extension of the case schedule to continue engaging in settlement negotiations.  (Doc. 18.)

In light of the parties' representations, the Court finds good cause under Fed. R. Civ. P. 16(b)(4) to **ORDER** that the following dates set forth in the case schedule (Docs. 16 & 17) be **CONTINUED** as follows:

| Event | Current Dates | Continued Dates |
|---|---|---|
| Non-Expert Discovery Close | November 21, 2025 | January 20, 2026 |
| Expert Disclosures | December 3, 2025 | January 30, 2026 |
| Rebuttal Expert Disclosures | January 5, 2026 | March 6, 2026 |

Order Granting Extension of all Pre-Trial Deadlines

13121174.1 TU020-094

Case 1:24-cv-00936-JLT-SKO    Document 21    Filed 10/28/25    Page 2 of 2

| | | |
|---|---|---|
| Expert Discovery Close | February 3, 2026 | April 3, 2026 |
| Non-Dispositive Motion Filing Deadline | March 4, 2026 | May 1, 2026 |
| Non-Dispositive Motions Hearing Date | April 8, 2026 | June 3, 2026[1] |
| Dispositive Motion Filing Deadline | March 11, 2026 | May 8, 2026 |
| Dispositive Motion Hearing Date | April 15, 2026 | June 12, 2026 |
| Deadline to Provide Proposed Settlement Conference Dates | June 10, 2026 | August 7, 2026 |
| Pre-Trial Conference | July 13, 2026 | September 14, 2026[2] |
| Trial | September 9, 2026 | November 17, 2026 |

IT IS SO ORDERED.

Dated:     **October 28, 2025**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The currently assigned magistrate judge conducts civil law and motion hearings on Wednesdays at 9:30 AM.

[2] The parties' proposed Pretrial Conference and Trial dates have been continued to allow the Court time to adjudicate motions and for the parties to prepare for trial.

2

Order Granting Extension of all Pre-Trial Deadlines